APR 11 2013
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY ___

Civil Case No. RWT. 11-3752
4/7/13

To: United States District Judge Rodger W. Titus.

① I would like to bring to your attention the fact that there are Two Protective Custodye Unites in Maryland D.O.C. right now (W.C.I.) Cumberland that curently has over 40 empty beds and (E.C.I.) on the Easteren Shore that is a 98 bed unit.

② I would allso like to bring to the Courts Attention that on 4/2/2013 at 11:10 P.M. dureing a I.G.O. Henring in Front of a Administrative Law Judge under A.R.P. complaint W.C.I. 1085-12 that a C.O.II. Bradeford did inFact on the record and under outh did give perjured statements to the D.O.C. henring officer and this evidence could go to strenghten the case against the defendants in this civil case and go to show the court the ongoing acts the defendants will go to. To cover up the true Facts. This Henring was on vidio and recorded.

③ This is a complet list of all the inmates that W.C.I. has refused to place on my enemy list and do pose a threat to my life.

① Scott Williams (was at W.C.I. on 7/29/2011 in Houseing unit Five on B tier in cell 27.

② Cordell Jackson # 170-092
③ Raymond Jones # 194-303
④ Joseph Leisler = is the leader and head of the A.B. in the Maryland prison.
⑤ I would ask to have all other Nowe A.B. gang members placed on my enemy list.

⑥ These are all B.G.F. (Jay) gang members that are a threat to my life. This is a list of the locations on June 28, 2011 in Houseing unit Two on D tier at W.C.I. (were all these inmates were housed on the above date. (cell 4 Top bunk) (cell 9 bottom bunk) (cell 17 top and bottom bunk) (cell 25 bottom bunk) (cell 26 Top and bottom bunk) (cell 27 Top and bottom bunk) (cell 34 top bunk) (cell 40 Top bunk) (cell 43 Top and bottom bunk) (cell 44 bottom bunk) (cell 48 bottom bunk).

I hope this information can help the court see the true facts.

Todd Woody
#Todd Woody
352-390